■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE YORRO, Appellant. [24 NYS3d 906]—An appeal having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about June 11, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Renwick, J.P., Andrias, Saxe and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE J. DILLEY, Appellant. [24 NYS3d 907]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about May 28, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Renwick, J.P., Andrias, Saxe and Richter, JJ.